<pre>
1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9
   UNITED STATES OF AMERICA,         )
10                                    )    NO.   C07-1789
              Plaintiff,              )
11                                    )
         v.                           )
12                                    )    DEFAULT JUDGMENT
   DANIEL McLAUGHLIN,                 )
13                                    )
              Defendant.              )
14 _____)
</pre>

Default having been entered against the Defendant in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper declaration with me as to the amount due;

Judgment is, therefore, hereby rendered in favor of the Plaintiff, United States of America, and as follows against the Defendant, Daniel McLaughlin:

| | |
|---|---:|
| Principal | $18,868.88 |
| Prejudgment Interest to August 29, 2007, at 8.02% per annum: | $3,449.82 |
| TOTAL | $22,318.70 |

1. Interest shall continue to accrue at 8% per annum until entry of judgment on the principal amount of $2,670.54.

2. Interest shall accrue on the total judgment amount after judgment at the legal rate until fully paid.

DEFAULT JUDGMENT - 1
(ifaraz\doe\judgment.dft)

3. The United States of America shall have and recover filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2) in the amount of Three Hundred Fifty Dollars ($350.00).

4. The United States of America shall have and recover docketing fees allowed pursuant to 28 U.S.C. §1923 in the amount of Twenty Dollars ($20.00).

DATED this 5th day of August, 2008.

_____
Bruce Rifkin
Clerk, U.S. District Court

DEFAULT JUDGMENT - 2
(ifaraz\doe\judgment.dft)